KATHARINE H. PARKER, *Admission Pro Hac Vice Pending*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
Telephone:  212.969.3009
Facsimile:  212.969.2900
kparker@proskauer.com

DAWN M. IRIZARRY, SBN 223303
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193
dirizarry@proskauer.com

Attorneys for Defendant
Cendant Corporation Short Term Disability
Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN,<br><br>            Defendant. | Case No. C 07- 04908 MHP<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER** |

- 1 -

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER C07-04908 MHP**

1      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys

2 for Plaintiff John Doe and Defendant Cendant Corporation Short Term Disability Plan

3 ("Defendant") that Defendant's time to answer, move or otherwise respond to the Complaint is

4 hereby extended to December 3, 2007.

5

6 Dated:  November___, 2007          PROSKAUER ROSE LLP

7           By:    /s/ Dawn M. Irizarry

8               Dawn M. Irizarry
              Attorneys for Defendant

9               Cendant Corporation Short Term Disability Plan

10 Dated:  November___, 2007          LEWIS, FEINBERG, LEE, RENAKER &

11               JACKSON, P.C.

12           By:    /s/ Nina Wasow (Signature attached as Exhibit A)

13               Nina Wasow
              Attorneys for Plaintiff

14               JOHN DOE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER C07-04908 MHP**

1

## [PROPOSED] ORDER

2

3      Having read and considered the Stipulation of the parties, and good causing appearing

therein,

4

5      IT IS HEREBY ORDERED that Defendant's time to answer, move or otherwise respond

to the Complaint is hereby extended to and including December 3, 2007.

6

7

8

9   Dated:  November _____, 2007                    _____

10                                                              Hon. Marilyn Hall Patel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER C07-04908 MHP**