**EXHIBIT A**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff John Doe and Defendant Cendant Corporation Short Term Disability Plan ("Defendant") that Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended to December 3, 2007.

Dated: November___, 2007

PROSKAUER ROSE LLP

By: _____
Dawn M. Irizarry
Attorneys for Defendant
Cendant Corporation Short Term Disability Plan

Dated: November 16, 2007

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: *Nina Wasow* (signature)
Nina Wasow
Attorneys for Plaintiff
JOHN DOE