1  KATHARINE H. PARKER, *Admission Pro Hac Vice Pending*
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Telephone: 212.969.3009
   Facsimile: 212.969.2900
4  kparker@proskauer.com

5  DAWN M. IRIZARRY, SBN 223303
   PROSKAUER ROSE LLP
6  2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
7  Telephone: (310) 557-2900
   Facsimile: (310) 557-2193
8  dirizarry@proskauer.com

9  Attorneys for Defendant
   Cendant Corporation Short Term Disability
10 Plan

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14 | JOHN DOE,                              ) Case No. C 07- 04908 MHP
                                            )
15 |            Plaintiff,                  )
                                            ) **STIPULATION FOR EXTENSION OF**
16 |       v.                               ) **TIME TO RESPOND TO THE**
                                            ) **COMPLAINT AND [PROPOSED]**
17 | CENDANT CORPORATION SHORT TERM         ) **ORDER**
   | DISABILITY PLAN,                       )
18 |                                        )
   |            Defendant.                  )
19 |                                        )
                                            )
20

21

22

23

24

25

26

27

28

- 1 -

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND
[PROPOSED] ORDER C07-04908 MHP**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff John Doe and Defendant Cendant Corporation Short Term Disability Plan ("Defendant") that Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended to December 3, 2007.

Dated: November___, 2007                    PROSKAUER ROSE LLP

                                            By:    /s/ Dawn M. Irizarry
                                            Dawn M. Irizarry
                                            Attorneys for Defendant
                                            Cendant Corporation Short Term Disability Plan

Dated: November___, 2007                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

                                            By:    /s/ Nina Wasow (Signature attached as Exhibit A)
                                            Nina Wasow
                                            Attorneys for Plaintiff
                                            JOHN DOE

- 2 -

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER C07-04908 MHP**

8086/76946-001
Current/10345470v2

1  **[PROPOSED] ORDER**

Having read and considered the Stipulation of the parties, and good causing appearing therein,

IT IS HEREBY ORDERED that Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended to and including December 3, 2007.

Dated: November  20 , 2007



3

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER C07-04908 MHP**

8086/76946-001
Current/10345470v2