1  KATHARINE H. PARKER, *Admission Pro Hac Vice Admission Pending*
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Telephone 212.969.3000
   Fax 212.969.2900
4  kparker@proskauer.com

5  DAWN M. IRIZARRY, SBN 223303
   GEORGE SAMUEL CLEAVER SBN 245717
6  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
7  Los Angeles, CA 90067-3206
   Telephone:   (310) 557-2900
8  Facsimile:   (310) 557-2193
   dirizarry@proskauer.com
9  scleaver@proskauer.com

10 Attorneys for Defendant,
   Cendant Corporation Short Term Disability Plan

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. C07-04908-MHP |
| Plaintiff, | **DEFENDANT'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** |
| v. | |
| CENDANT CORPORATION SHORT TERM DISABILITY PLAN | Action Filed: September 17, 2007 |
| Defendant. | |

**DEFENDANT'S STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant certify that there are no parent corporations or publicly-held companies that own ten percent (10%) or more of defendant's stock.

---

1
CERTIFICATE OF INTERESTED ENTITIES C07-04908 MHP

1  DATED: December 3, 2007

KATHARINE H. PARKER
DAWN M. IRIZARRY
GEORGE SAMUEL CLEAVER
PROSKAUER ROSE LLP

/s/ George Samuel Cleaver
George Samuel Cleaver

Attorneys for Defendant,
Cendant Corporation Short Term Disability Plan

2

CERTIFICATE OF INTERESTED ENTITIES C0704908 MHP