**RECEIVED**

UNITED STATES DISTRICT COURT NOV 1 9 2007

NORTHERN DISTRICT OF CALIFORNIA
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN,<br><br>Defendant. | Case No. C 07-04908 MHP<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

**FILED**

DEC - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Katharine H. Parker, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, (212) 969-3009, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing only Defendant Cendant Corporation Short Term Disability Plan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon the communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/4/07

United States District Court Judge

The Honorable Marilyn Hall Patel

8086/76946-001
Current/10352550v1

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*