1  Teresa S. Renaker – CA State Bar No. 187800
   Nina Wasow – CA State Bar No. 242047
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  nwasow@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | JOHN DOE,                          ) Case No. 07-4908 MHP
13 |                                    )
   |              Plaintiff,            ) ADR CERTIFICATION BY PARTIES
14 |      vs.                           ) AND COUNSEL
   |                                    )
15 | CENDANT CORPORATION SHORT TERM     ) JUDGE: Hon. Marilyn Hall Patel
   | DISABILITY PLAN,                   ) CTRM: 15, 18th Floor
16 |                                    ) DATE: January 7, 2008
   |                                    ) TIME: 4:00 p.m.
17 |              Defendant.            )
   |                                    )
18 |_____)

19

20     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
21 he or she has:

22     (1)  Read the handbook entitled "Dispute Resolution Procedures in the Northern
23 District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov.

24     (2)  Discussed the available dispute resolution options provided by the Court and
25 private entities; and

26     (3)  Considered whether this case might benefit from any of the available dispute
27 resolution options.

28

8086/76946-002
Current/10433162v1

```
 1  DATED: December 17, 2007         By: JOHN DOE
                                         ─────────────────
 2                                       John Doe
                                         Attorneys for Plaintiff
 3
    DATED: December 17, 2007         LEWIS, FEINBERG, LEE,
 4                                   RENAKER & JACKSON, P.C.

 5                                   By: [signature]
                                         ─────────────────
 6                                       Teresa S. Renaker
                                         Nina Wasow
 7                                       Attorneys for Defendant

 8  DATED: December 17, 2007         By: Rosalie A. Shueman
                                         ─────────────────
 9                                       Cendant Corp. Short-Term Disability Plan
                                         Defendant Secretary, Employee Benefits
10                                                 Committee

11  DATED: December 17, 2007         PROSKAUER ROSE LLP

12                                   By: Kathleen H. Parker
                                         ─────────────────
                                         Katherine H. Parker
13                                       Dawn M. Irizarry
                                         George S. Cleaver
14                                       Attorneys for Defendant
```