1  Teresa S. Renaker – CA State Bar No. 187800
   Nina Wasow – CA State Bar No. 242047
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  nwasow@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12

13  JOHN DOE,                              )  Case No. 07-4908 MHP
                                           )
14           Plaintiff,                    )  **STIPULATION AND [PROPOSED]**
                                           )  **ORDER SELECTING ADR PROCESS**
15      vs.                                )
                                           )  JUDGE: Hon. Marilyn Hall Patel
16  CENDANT CORPORATION SHORT TERM         )  CTRM:  15, 18th Floor
    DISABILITY PLAN,                       )  DATE:  January 7, 2008
17                                         )  TIME:  4:00 p.m.
             Defendant.                    )
18                                         )
                                           )
19  _____

20

21        Counsel report that they have met and conferred regarding ADR and have reached the

22  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

23        The parties agree to participate in the following ADR process:

24        **Court Processes:**

25             Mediation (ADR L.R. 6)

26        The parties agree to hold the ADR session by:

27             The presumptive deadline.

28

1  DATED: December 17, 2007                    LEWIS, FEINBERG, LEE,
2                                              RENAKER & JACKSON, P.C.
3                                              By: /s/ Nina Wasow
                                                   Teresa S. Renaker
                                                   Nina Wasow
4                                              *Attorneys for Defendant*
5

6  DATED: December 17, 2007                    PROSKAUER ROSE LLP
7                                              By: /s/ Katherine H. Parker
                                                   Katherine H. Parker
8                                                  Dawn M. Irizarry
                                                   George S. Cleaver
9                                              *Attorneys for Defendant*
10

11                              **[PROPOSED] ORDER**

12       Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation
13  within 90 days of the date of this Order.
14       IT IS SO ORDERED.
15

16  DATED: _____
                                                _____
17                                              UNITED STATES DISTRICT JUDGE