1  Teresa S. Renaker – CA State Bar No. 187800
   Nina Wasow – CA State Bar No. 242047
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  nwasow@lewisfeinberg.com

6  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 07-4908 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| vs. | JUDGE: Hon. Marilyn Hall Patel |
| CENDANT CORPORATION SHORT TERM DISABILITY PLAN, | CTRM: 15, 18th Floor<br>DATE: January 7, 2008<br>TIME: 4:00 p.m. |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:

The presumptive deadline.

1  DATED: December 17, 2007

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: /s/ Nina Wasow
Teresa S. Renaker
Nina Wasow
*Attorneys for Defendant*

6  DATED: December 17, 2007

PROSKAUER ROSE LLP

By: /s/ Katherine H. Parker
Katherine H. Parker
Dawn M. Irizarry
George S. Cleaver
*Attorneys for Defendant*

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation within 90 days of the date of this Order.

IT IS SO ORDERED.

DATED: December 19, 2007

IT IS SO ORDERED
/s/ Marilyn H. Patel
Judge Marilyn H. Patel