KATHARINE H. PARKER, *Appearance Pro Hac Vice*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900
kparker@proskauer.com

DAWN M. IRIZARRY
GEORGE SAMUEL CLEAVER
PROSKAUER ROSE LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206
Telephone 310.557.2900
Fax 310.557.2193
dirizarry@proskauer.com
scleaver@proskauer.com

Attorneys for Defendant
Cendant Corporation Short Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>    Plaintiff,<br><br>    v.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. C 07 - 04908 MHP<br><br>**DEFENDANT'S REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO APPEAR BY TELEPHONE** |

1

DEFENDANT'S REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO APPEAR BY TELEPHONE C07-04908 MHP

8086/76946-002
Current/10490385v1

1  WHEREAS the Court issued an order on September 21, 2007 setting the Initial Case
2  Management Conference for January 7, 2008;

3  WHEREAS lead counsel for Defendant Cendant Short Term Disability Plan
4  ("Defendant"), Katharine Parker, is located in New York, New York;

5  WHEREAS requiring lead counsel for Defendant to travel from New York to San
6  Francisco to appear in person would cause significant cost and hardship to Defendant;

7  WHEREAS counsel for Plaintiff John Doe ("Plaintiff") have agreed to Defendant's request
8  to appear by telephone;

9  WHEREAS counsel for Plaintiff has indicated their availability to appear for the Initial
10 Case Management Conference by telephone;

11 WHEREAS the Courtroom Deputy has indicated that the Court is available to hold a
12 telephonic Initial Case Management Conference on January 8, 2008 at 10 AM;

13 WHEREAS counsel for Defendant and Plaintiff are available to participate in the Initial
14 Case Management Conference on January 8, 2008 at 10 AM;

16 DEFENDANT HEREBY REQUESTS that the Court continue the Initial Case
17 Management Conference to January 8, 2008 at 10 AM and allow Defendant to appear via
18 telephone.

20 DATED: December 28, 2007                    PROSKAUER ROSE LLP

21                                             By:  /s/ George S. Cleaver
                                                    Katherine H. Parker
22                                                  Dawn M. Irizarry
                                                    George S. Cleaver
23                                             *Attorneys for Defendant*

8086/76946-002
Current/10490385v1

2
DEFENDANT'S REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO APPEAR BY TELEPHONE C07-04908 MHP

IT IS HEREBY ORDERED that the Court continue the Initial Case Management Conference to January 8, 2008 at 10 AM and allow Defendant Cendant Corporation Short Term Disability Plan to appear by Telephone.

DATED: December __, 2007

_____
The Honorable Marilyn H. Patel
Judge of the United States District Court, Northern District of California

3

DEFENDANT'S REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO APPEAR BY TELEPHONE C07-04908 MHP

8086/76946-002
Current/10490385v1