1  KATHARINE H. PARKER, *Appearance Pro Hac Vice*
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Telephone: 212.969.3000
   Fax: 212.969.2900
4  kparker@proskauer.com

5  DAWN M. IRIZARRY
   GEORGE SAMUEL CLEAVER
6  PROSKAUER ROSE LLP
   2049 Century Park East
7  32nd Floor
   Los Angeles, CA 90067-3206
8  Telephone 310.557.2900
   Fax 310.557.2193
9  dirizarry@proskauer.com
   scleaver@proskauer.com
10
   Attorneys for Defendant
11 Cendant Corporation Short Term Disability Plan

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JOHN DOE | ) Case No. C 07 - 04908 MHP |
| 16          Plaintiff, | ) |
| 17       v. | ) **DECLARATION OF GEORGE SAMUEL CLEAVER IN SUPPORT OF DEFENDANT'S REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO APPEAR BY TELEPHONE** |
| 18  CENDANT CORPORATION SHORT TERM DISABILITY PLAN, | ) |
| 19          Defendant. | ) |

**DECLARATION OF GEORGE SAMUEL CLEAVER**

I, George Samuel Cleaver, declare and state as follows:

1. I am an attorney at law duly admitted to practice in the State of California and before this Court. I am an associate at the law firm of Proskauer Rose LLP, attorneys of record for defendant Cendant Corporation Short Term Disability Plan, Inc.("Defendant") in the above-captioned matter. I have personal knowledge regarding the facts set forth herein, and if called and sworn as a witness, I could and would testify competently to the following facts.

2. I submit this declaration in support of Defendant's Request to Continue the Initial Case Management Conference and to Appear by Telephone.

3. On December 28, 2007, I contacted counsel for Plaintiff John Doe ("Plaintiff") via e-mail to seek Plaintiff's agreement to continue the Initial Case Management Conference to January 8, 2008 at 10 AM and to allow Defendant to appear by telephone.

4. Plaintiff's counsel agreed to Defendant's request to continue the Initial Case Management Conference and to Defendant's request to appear by telephone. Plaintiff's counsel further agreed that Plaintiff would also appear by telephone as required by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of December 2007, in Los Angeles, California.

DATED: December 28, 2007          /s/George Samuel Cleaver
                                  George Samuel Cleaver

2

DECLARATION OF GEORGE SAMUEL CLEAVER C07-04908 MHP