1  KATHARINE H. PARKER, *Appearance Pro Hac Vice*
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Telephone: 212.969.3000
   Fax: 212.969.2900
4  kparker@proskauer.com

5  DAWN M. IRIZARRY
   GEORGE SAMUEL CLEAVER
6  PROSKAUER ROSE LLP
   2049 Century Park East
7  32nd Floor
   Los Angeles, CA 90067-3206
8  Telephone 310.557.2900
   Fax 310.557.2193
9  dirizarry@proskauer.com
   scleaver@proskauer.com
10

11 Attorneys for Defendant
   Cendant Corporation Short Term Disability Plan
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CENDANT CORPORATION SHORT TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No. C 07 - 04908 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND REQUEST TO APPEAR BY TELEPHONE** |

1

JOINT STIPULATION AND [PROPOSED] ORDER C07-04908 MHP

1  WHEREAS the Court issued an order on September 21, 2007 setting the Initial Case
2  Management Conference for January 7, 2008;

3  WHEREAS lead counsel for Defendant Cendant Short Term Disability Plan, Katharine
4  Parker, is located in New York, New York and has requested to appear by telephone;

5  WHEREAS counsel for plaintiff John Doe have agreed to Ms. Parker's request and have
6  also agreed to appear by telephone;

7  WHEREAS the Court cannot hold a telephonic Case Management Conference on January
8  7, 2008;

9  WHEREAS the Courtroom Deputy has indicated that the Court is available to hold a
10 telephonic Case Management Conference on January 8, 2008 at 10 AM;

11 WHEREAS Defendant hereby attests that counsel for Plaintiff have authorized Defendant
12 to electronically sign this joint stipulation and request on Plaintiff's behalf,

13

14 IT IS HEREBY STIPULATED AND THE PARTIES HEREBY REQUEST that the Court
15 continue the Initial Case Management Conference to January 8, 2008 at 10 AM and allow the
16 parties to appear by telephone.

17

18 DATED: December 31, 2007           LEWIS, FEINBERG, LEE,
                                     RENAKER & JACKSON, P.C.
19
                                     By: /s/ Teresa S. Renaker
20                                   _____
                                     Teresa S. Renaker
21                                   Nina Wasow
                                     *Attorneys for Plaintiff*
22

23

24 DATED: December 31, 2007           PROSKAUER ROSE LLP

25                                   By: /s/ George Samuel Cleaver
                                     _____
                                     Katharine H. Parker
26                                   Dawn M. Irizarry
                                     George Samuel Cleaver
27                                   *Attorneys for Defendant*

28

2

JOINT STIPULATION AND [PROPOSED] ORDER C07-04908 MHP

8086/76946-002
Current/10491484v1

1    IT IS HEREBY ORDERED that the Court continue the Initial Case Management
2  Conference to January 8, 2008 at 10 AM and allow the parties to appear by telephone.
3
4  DATED: January ___, 2008

                                      The Honorable Marilyn H. Patel
                                      Judge of the United States District Court,
                                      Northern District of California

3