1  KATHARINE H. PARKER, *Appearance Pro Hac Vice*
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Telephone:  212.969.3000
   Fax:  212.969.2900
4  kparker@proskauer.com

5  DAWN M. IRIZARRY
   GEORGE SAMUEL CLEAVER
6  PROSKAUER ROSE LLP
   2049 Century Park East
7  32nd Floor
   Los Angeles, CA  90067-3206
8  Telephone 310.557.2900
   Fax 310.557.2193
9  dirizarry@proskauer.com
   scleaver@proskauer.com
10

11  Attorneys for Defendant
    Cendant Corporation Short Term Disability Plan
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE | ) | Case No. C 07 - 04908 MHP |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO CONTINUE** |
| v. | ) | **THE INITIAL CASE MANAGEMENT** |
| | ) | **CONFERENCE AND REQUEST TO** |
| CENDANT CORPORATION SHORT TERM | ) | **APPEAR BY TELEPHONE** |
| DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

1

8086/76946-002
Current/10491484v1

1    WHEREAS the Court issued an order on September 21, 2007 setting the Initial Case

2 Management Conference for January 7, 2008;

3    WHEREAS lead counsel for Defendant Cendant Short Term Disability Plan, Katharine

4 Parker, is located in New York, New York and has requested to appear by telephone;

5    WHEREAS counsel for plaintiff John Doe have agreed to Ms. Parker's request and have

6 also agreed to appear by telephone;

7    WHEREAS the Court cannot hold a telephonic Case Management Conference on January

8 7, 2008;

9    WHEREAS the Courtroom Deputy has indicated that the Court is available to hold a

10 telephonic Case Management Conference on January 8, 2008 at 10 AM;

11    WHEREAS Defendant hereby attests that counsel for Plaintiff have authorized Defendant

12 to electronically sign this joint stipulation and request on Plaintiff's behalf,

13

14    IT IS HEREBY STIPULATED AND THE PARTIES HEREBY REQUEST that the Court

15 continue the Initial Case Management Conference to January 8, 2008 at 10 AM and allow the

16 parties to appear by telephone.

17

18 DATED: December 31, 2007                LEWIS, FEINBERG, LEE,
19                                         RENAKER & JACKSON, P.C.

20                                         By:  /s/ Teresa S. Renaker
                                           Teresa S. Renaker
21                                         Nina Wasow
                                           *Attorneys for Plaintiff*
22

23

24 DATED: December 31, 2007                PROSKAUER ROSE LLP

25                                         By:  /s/ George Samuel Cleaver
                                           Katharine H. Parker
26                                         Dawn M. Irizarry
                                           George Samuel Cleaver
27                                         *Attorneys for Defendant*

28

2

1     IT IS HEREBY ORDERED that the Court continue the Initial Case Management

2  Conference to January 8, 2008 at 10 AM and allow the parties to appear by telephone.

3

4  DATED: January __2__, 2008

5



The Honorable Marilyn H. Patel
Judge of the United States District Court,
Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3