UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date:  January 8, 2008

Case No.     C 07-4908 MHP Judge: MARILYN H. PATEL

Title: John Doe -v- Cendant Corporation Short Tem Disability Plan

Attorneys:  Plf: Teresa Renaker and Nina Wasow appeared telephonically
            Dft: Katharine Parker and Sam Cleaver appeared telephonically

Deputy Clerk:  Frank Justiliano  Court Reporter:  Kathy Powell

**PROCEEDINGS**

1)   Telephonic Case Management Conference held.


2) _____

3) _____


**ORDERED AFTER HEARING:**

After hearing oral arguments from counsel, the Court set the following deadlines:
Completion of discovery and simultaneous briefs and motions due by 5/5/08.  Oppositions due by 5/19/08.  Hearing to be held on 6/2/08 at 2:00 p.m.  Parties to meet and confer on discovery issues - no motions to compel or motions for protective orders are to be filed.  If any disputes, the parties are directed to contact the courtroom deputy for a hearing.   Mediation to be set in the ordinary course.  If matters not resolved by the mediation date, then parties may move to postpone mediation with the mediator.