# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Doe, <br><br> Plaintiff(s), <br><br> v. <br><br> Cendant Corporation Short Term Disability Plan, <br><br> Defendant(s). | 07-04908 MHP MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert F. Schwartz**
Trucker Huss, APC
120 Montgomery St., 23rd Fl.
San Francisco, CA 94104
415-788-3111

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**United States District Court**
**Northern District of California**

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: January 16, 2008

                                               RICHARD W. WIEKING
                                               Clerk
                                               by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04908 MHP MED                         - 2 -