**EXHIBIT A**

KATHARINE H. PARKER, *Appearance Pro Hac Vice*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900
kparker@proskauer.com

DAWN M. IRIZARRY
GEORGE SAMUEL CLEAVER
PROSKAUER ROSE LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206
Telephone 310.557.2900
Fax 310.557.2193
dirizarry@proskauer.com
scleaver@proskauer.com

Attorneys for Defendant
Cendant Corporation Short Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE | Case No. C 07 - 04908 MHP |
| Plaintiff, | Hon. Marilyn H. Patel |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |
| CENDANT CORPORATION SHORT TERM DISABILITY PLAN, | |
| Defendant. | |

1

JOINT STIPULATION AND [PROPOSED] ORDER C07-04908 MHP

# EXHIBIT A

IT IS HEREBY STIPULATED AND AGREED, by and between Parties to this action, through their counsel of record, for the above-captioned action, that this action be, and it hereby is, dismissed WITH PREJUDICE and without attorneys' fees or costs to either party. No Party or their respective attorneys shall make an application for costs or attorneys' fees.

Dated: ~~February~~ March 6, 2008
Oakland, CA

By: _____
Teresa Renaker
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612
Phone: (510) 839-6824
Fax: (510) 839-7839
*Attorneys for Plaintiff*

Dated: February 29, 2008
New York, NY

By: _____
Katharine H. Parker
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(P): (212) 969-3009
(F): (212) 969-2900
*Attorneys for Defendant*

SO ORDERED: _____    _____
Marilyn H. Patel                            Date
United States District Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER C07-04908 MHP