~~EXHIBIT A~~

1  KATHARINE H. PARKER, *Appearance Pro Hac Vice*
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Telephone: 212.969.3000
   Fax: 212.969.2900
4  kparker@proskauer.com

5  DAWN M. IRIZARRY
   GEORGE SAMUEL CLEAVER
6  PROSKAUER ROSE LLP
   2049 Century Park East
7  32nd Floor
   Los Angeles, CA 90067-3206
8  Telephone 310.557.2900
   Fax 310.557.2193
9  dirizarry@proskauer.com
   scleaver@proskauer.com
10

11 Attorneys for Defendant
   Cendant Corporation Short Term Disability Plan
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 | JOHN DOE | ) | Case No. C 07 - 04908 MHP |
|---|---|---|
17 |  | ) | Hon. Marilyn H. Patel |
   | Plaintiff, | ) |  |
18 | v. | ) | **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |
19 | CENDANT CORPORATION SHORT TERM DISABILITY PLAN, | ) |  |
20 |  | ) |  |
   | Defendant. | ) |  |
21 |  | ) |  |

                              1
28 JOINT STIPULATION AND [PROPOSED] ORDER C07-04908 MHP

# EXHIBIT A

IT IS HEREBY STIPULATED AND AGREED, by and between Parties to this action, through their counsel of record, for the above-captioned action, that this action be, and it hereby is, dismissed WITH PREJUDICE and without attorneys' fees or costs to either party. No Party or their respective attorneys shall make an application for costs or attorneys' fees.

Dated: ~~February~~ March 6, 2008
Oakland, CA

By: _____
Teresa Renaker
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612
Phone: (510) 839-6824
Fax: (510) 839-7839
*Attorneys for Plaintiff*

Dated: February 29, 2008
New York, NY

By: _____
Katharine H. Parker
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(P): (212) 969-3009
(F): (212) 969-2900
*Attorneys for Defendant*

SO ORDERED: _____    3/11/2008
Marilyn Hall Patel                        Date
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER C07-04908 MHP                    2